IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>LUIS MANUEL GOMEZ RODRIGUEZ,<br><br>                    Defendant. | CRIMINAL ACTION<br>NO. 15-566 |

## ORDER

**AND NOW**, this 16th day of August 2022, upon consideration of pro se Defendant Luis Manuel Gomez Rodriguez's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 111), the Government's Response in Opposition to Defendant's Motion (Doc. No. 115), Defendant's Reply (Doc. No. 118), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 111) is **DENIED**.


                                                            BY THE COURT:


                                                            /s/ Joel H. Slomsky
                                                            JOEL H. SLOMSKY, J.